ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC 10 2004
U.S. COURT OF FEDERAL CLAIMS

AV BUILDER CORP.

Plaintiff,

v.

UNITED STATES,

Defendant.

CASE NO. 04-1756C

COMPLAINT

Plaintiff alleges:

1. The United States Court of Federal Claims has jurisdiction in this matter pursuant to 41 U.S.C. Section 609 (a) (1).

2. Plaintiff AV BUILDER CORP. ("AVBC") is, and at all times herein mentioned was a corporation duly organized and existing under and by virtue of the laws of the State of California.

3. Defendant THE UNITED STATES OF AMERICA is, and at all times herein mentioned was, acting by and through the Department of the Air Force (hereinafter the "AIR FORCE"), which is, and at all times herein mentioned was, an agency of the United States.

4. On or about March 24, 1997 AVBC entered into Contract F41622-97-C0016 with the AIR FORCE by the terms of which AVBC agreed to perform certain construction work known as Construction of Military Family Housing, Travis Air Force Base, CA (hereinafter the "CONTRACT"). The entire CONTRACT, including plans, specifications and related contract documents, ("CONTRACT DOCUMENTS"), are voluminous and therefore not attached hereto, but are a matter of public record, and have and will be made available to all parties and are incorporated herein by this reference as though fully set forth at this point.

5. The CONTRACT was competitively bid by AVBC pursuant to a Solicitation by the AIR FORCE for competitive bids. AVBC submitted its competitive bid and was awarded

the CONTRACT in the sum of $8,130,502 The CONTRACT called for the start of the performance of work required thereby within ten (10) calendar days after receipt of the Notice to Proceed (NTP) and required completion within 400 calendar days after receipt of the NTP. The NTP was received by AVBC on or about May 5, 2002, thereby establishing the completion date as June 9, 2003.

6. The CONTRACT DOCUMENTS called for the replacement of up to 140 units of family housing Travis AFB, CA, including the demolition of existing single story dwelling units containing hazardous materials, site improvements, and partial utilities(existing streets were to remain). New work included earthwork, site grading, site utilities, site improvements, landscaping and construction of new single story dwelling units.

**7.** AVBC has timely and properly performed any and all obligations required to be performed under the CONTRACT, except as excused or delayed by the AIR FORCE's failure to timely perform as more specifically set forth below.

**8.** By letter dated January 21, 2003 AVBC forwarded a claim(s) for the estimated increased directs, indirect costs and delays, for contract retentions still unpaid to date and requested a Final Decision of the Contracting Officer in the in the approximate sum of Two Hundred Sixty Four Thousand, Three Hundred and Two Dollars ($264,302.55). The claim(s) was certified as required by the Contract Disputes Act. By letter dated December 11, 2003 (received by AVBC on December 15, 2004), the Contracting Officer issued a Final Decision and completely denying AVBC's claim(s). In the final decision for the first time the Contracting Officer also assessed liquidated damages in the amount of $26,652.75. Therefore, in accordance with the Contract Disputes Act, AVBC appeals the decision of the Contracting Officer that denies AVBC's claim(s) and assesses liquidated damages.

9. As a direct and proximate result of the foregoing, AVBC has suffered damages as and for direct costs, delay, disruption, inefficiency, impact and extended home and field office overhead and liquidated damages in the approximate sum of Two Hundred Sixty Four Thousand, Three Hundred and Two Dollars ($264,302.55).

10. AVBC has and will continue to suffer further, other and additional damages, the precise sum of which is not presently known. AVBC will amend its Complaint when the same are ascertained or upon proof thereof at trial. In addition to the foregoing, AVBC is entitled to interest as provided by the Contract Disputes Act from the date on which the component parts of the foregoing sum became due.

and proper.

WHEREFORE PLAINTIFF PRAYS FOR RELIEF AS FOLLOWS:

1. For damages in the amount of Two Hundred Sixty Four Thousand, Three Hundred and Two Dollars ($264,302.55) together with interest thereon from a date according to proof under the Contract Disputes Act;
2. For the return of liquidated damages.
3. For reasonable attorneys' fees incurred herein in accordance with EAJA;
4. For costs of suit incurred herein; and
5. For such other and further relief as the court may deem just and proper.

Dated: December 8, 2004

Respectfully submitted,

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
(858) 565-8300 Telephone
(858) 565-0813 Facsimile
WBRUCK7413@aol.com

Attorneys for AV Builder Corp.