ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC 1 0 2004
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AV BUILDER CORP. | ) | CASE NO. |
| Plaintiff, | ) | |
| v. | ) | 04-1756C |
| UNITED STATES OF AMERICA, | ) | DISCLOSURE STATEMENT |
| Defendant. | ) | |

Plaintiff AV BUILDER CORP. ("AVBC") a nongovernmental corporate party to this action in the UNITED STATE COURT OF FEDERAL CLAIMS states that there is no such parent corporation and or publicly held corporation that owns 10% or more of its stocks.

Dated: December 08, 2004

Respectfully submitted,

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
(858) 565-8300 Telephone
(858) 565-0813 Facsimile
WBRUCK7413@aol.com

Attorneys for AV Builder Corp.