# In the United States Court of Federal Claims

No. 04-1756 C
(E-Filed: February 10, 2005)

AV BUILDER CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time within which to file its response to plaintiff's complaint. Based on the representations contained therein, the motion is GRANTED. On or before April 11, 2005, defendant shall file its response to plaintiff's complaint.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge