IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AV BUILDER CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1756C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including June 10, 2005, within which to file its response to plaintiff’s complaint. Defendant’s response to plaintiff's complaint currently is due on April 11, 2005. This is defendant’s second request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Counsel have discussed how they could resolve this matter in an efficient and cost-effective manner. Counsel are in the process of preparing a settlement agreement. Once the settlement agreement is completed, and the settlement amount has been received by plaintiff, the parties plan to submit a joint stipulation of dismissal.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner by
Todd M. Hughes
DONALD E. KINNER
Assistant Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 307-0972

OF COUNSEL:
JOHN T. LAURO
Trial Attorney
Air Force Legal Services Agency
AFLSA/JACN
1501 Wilson Blvd., Room 606
Arlington, VA 22209-2403

electronically filed
April 11, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad