IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AV BUILDER CORP., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 04-1756C (Judge Hewitt) |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including August 24, 2005, within which to file its response to plaintiff's complaint. Defendant's response to plaintiff's complaint currently is due on July 25, 2005. This is defendant's fourth request for an enlargement of time for this purpose. Counsel for defendant attempted to contact plaintiff's counsel to see if he would consent to this motion, but she was told that plaintiff's counsel was out of the office until July 26, 2005.

This enlargement is requested because counsel for the parties have signed a settlement agreement in this matter. The settlement agreement was submitted to the Judgment Fund for payment on June 24, 2005. Once the settlement amount has been received by plaintiff, the parties plan to submit a joint stipulation of dismissal.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 307-0972

OF COUNSEL:
JOHN T. LAURO
Trial Attorney
Air Force Legal Services Agency
AFLSA/JACN
1501 Wilson Blvd., Room 606
Arlington, VA 22209-2403

electronically filed
July 25, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2005, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad