# In the United States Court of Federal Claims

No. 04-1756 C
(E-Filed: July 28, 2005)

AV BUILDER CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion for an Enlargement of Time (Def.'s Mot.) seeking a thirty-day enlargement of time within which to file its response to plaintiff's complaint. Defendant states that the parties have signed a settlement agreement and are awaiting payment to plaintiff from the Judgment Fund before submitting a joint stipulation of dismissal to the court. Def.'s Mot. at 1. Based on the representations contained therein, the motion is GRANTED. On or before August 24, 2005, defendant shall file its response to plaintiff's complaint.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge