IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AV BUILDER CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1756C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director
Authorized Representative
of the Attorney General

s/William L. Bruckner
WILLIAM L. BRUCKNER
Bruckner & Walker
4550 Kearny Villa Road
Suite 209
San Diego, CA 92123
Telephone: (858) 565-8300

Attorney for Plaintiff

Dated: August 16, 2005

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-1011
Facsimile: (202) 307-0972

OF COUNSEL:

JOHN T. LAURO
Trial Attorney
Air Force Legal Services Agency
AFLSA/JACN
1501 Wilson Blvd., Room 606
Arlington, VA 22209-2403

Attorneys for Defendant

Dated: August 16, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2005, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad